**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br>a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND DAMIANO REALTY d/b/a PRUDENTIAL DAMIANO REALTY, a New Jersey company, and WARREN DAMIANO, an individual,<br><br>Defendants. | Civil Action<br><br>No.: ___________<br><br>**JURY TRIAL DEMANDED** |

# VERIFIED COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, for its Complaint against the Defendant listed above, alleges as follows:

## I. THE PARTIES

1. Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2. Upon information and belief, Defendant Raymond Damiano Realty d/b/a Prudential Damiano Realty ("Prudential Damiano Realty") is a New Jersey company with a principal place of business at 39 E. Main St., Little Falls, NJ 07424.

3. Upon information and belief, Defendant Warren Damiano ("Damiano") is a resident of New Jersey and the owner and/or president of Prudential Damiano Realty.

## II. JURISDICTION AND VENUE

4. This action arising under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. As fully set forth herein, Prudential Damiano Realty and Damiano (collectively, "Defendants") have used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

6. This Court has personal jurisdiction over the Defendants because the Defendants have conducted business in, and have had continuous and systematic contacts with the State of Florida and this District.

7. This Court has personal jurisdiction over Damiano because, upon information and belief, he is a resident of New Jersey who is conducting business in and having continuous and systematic contacts with the State of New Jersey and this District.

8. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendants are located in this District.

## III. PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY

9. LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

10. The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a

visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and solicit business through the use of a web spokesperson, which is typically tailored to specific goods and services found on the associated website.

11.     The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

12.     The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

13.     Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of

LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

14.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

15.     Because the LFOW Software is written in JavaScript, it is possible to view the actual source code of the LFOW Software through a web browser. Anyone who accesses a website that has implemented the LFOW Software has access to the software. Additionally, any website visitor can download the LFOW Software and view it on virtually any text viewer or editor software (such as Word®, Notepad, etc.).

16.     The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

17.     The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

18.     LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the

publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as Exhibit A, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as Exhibit B.

## IV. DEFENDANTS' COPYRIGHT INFRINGEMENT

19. Defendants own, and/or operate and/or control the website www.prudentialdamiano.com ("Defendants' website"). A copy of the HTML source code for the Defendants' website is found at Exhibit C.

20. Defendants' website advertises and promotes the products and/or services of Defendants.

21. Upon information and belief, Defendants have used a web spokesperson video to promote Defendants' products and/or services.

22. Upon information and belief, in order to display the web spokesperson video on Defendants' website, Defendants used and distributed, without permission, and therefore infringed upon, the LFOW Software.

23. Upon information and belief, Defendants have the right and ability to modify their own website or to have their website modified on Defendants' behalf.

24. Upon information and belief, to implement the infringing version of the LFOW Software, the Defendants' website was modified by or on behalf of Defendants to include the following website source code and/or text, shown in Exhibit C: http://prudentialdamiano.com/prudentialdamiano-jenny.js This modification links the Defendants' website to the "playerbase.js" file, an infringing version of the LFOW Software, which was stored for Defendants on the webserver(s) at

http://yakkingheads.com/mon/playerbase.js (Exhibit D). A copy of "playerbase.js" is found at Exhibit E.

25.     As a result of the modification to the Defendants' website referenced above, when a web browser retrieves a page from the Defendants' website, a copy of the infringing version of the LFOW Software is distributed by Defendants to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendants' website is a new act of copyright infringement.

26.     The infringing version of the LFOW Software, shown at Exhibit E is substantially similar to the LFOW Software, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Software also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its code.

27.     The web spokesperson video that launches on Defendants' website is a result of Defendants' distribution of the infringing version of the LFOW Software, which advertises and promotes the products and/or services of Defendants, encouraging the website viewer to purchase and/or use Defendants' products and/or services, thereby providing a monetary benefit to Defendants. Thus, Defendants' copyright infringement of the LFOW Software is in their advertising, and the infringement is for the purpose of advertising their products and/or services.

28.     Defendants intend for a copy of the infringing version of the LFOW Software to be distributed to website visitors in their advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by Defendants to their website visitors is seamless and

transparent for the website visitors, who are able to view the video spokesperson advertising Defendants' products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

29.    Defendants profit directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendants.

30.    The infringing version of the LFOW Software is a sales and advertising tool for Defendants to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendants did in fact generate revenues and profits for Defendants, as more fully described herein.

31.    Defendants unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendants did not pay applicable license fees and video production fees to LFOW.

32.    The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendants' website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

33.    As a result of foregoing conduct of Defendants, LFOW has suffered significant harm and loss.

34.    Upon information and belief, Defendants actively induced end users to visit their website(s), and thereafter distributed the infringing version of the LFOW Software to end users

(e.g. website visitors) numerous times. The actual number can only be ascertained through discovery.

35. Defendants have caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the accused software to each visitor via the Defendants' website(s) and refused to exercise their ability to stop the infringement made possible by the modification and continuous operation of their website(s).

36. As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

37. Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendants for each act of copyright infringement.

38. Where Defendants initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

**COUNT ONE**

**Copyright Infringement**

39. LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

40. Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

41. LFOW is the owner of valid copyright registration TXu001610441.

42. LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

43.     The infringing version of the LFOW Software used and distributed by Defendants is at least substantially similar to the LFOW Software protected by TXu001610441.

44.     Defendants, through their agent(s), vendor(s), officer(s), and/or employee(s), modified Defendants' website to cause the copying, use and distribution of the infringing version of the LFOW Software.

45.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendants results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendants' infringement.

46.     Defendants intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via their website(s) and/or seeking out the LFOW Software in order to use it on their website(s).

47.     Defendants profited from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their product(s) and/or service(s) on their own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendants.

48.     Because Defendants own, operate and/or control their website, Defendants also have the right and ability to supervise and control the infringement and infringer by virtue of their ownership and control of their own website, but failed to do so.

49.     Where Defendants initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

50.     Unless Defendants are restrained and enjoined from their unauthorized use and distribution of the LFOW Software, these injuries will continue to occur.

51.     Irreparable harm and injury to LFOW are imminent as a result of Defendants' conduct and LFOW is without an adequate remedy at law.

52.     Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendants, their employees and agents, and all other persons acting in concert with Defendants, from engaging in any further improper acts.

53.     Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

54.     Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendants, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

55.     Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)      Finding Defendants liable for copyright infringement by virtue of Defendants' past and ongoing unauthorized use of LFOW's Software;

b)      Finding Defendants' copyright infringement to be voluntary and an intentional violation of Defendants' known duties, and therefore willful;

c)      Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

d) A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' website(s);

e) An award of damages against Defendants under §504;

f) An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

g) Such and other relief as the Court deems appropriate.

**JURY DEMAND**

LFOW demands a jury trial on all issues so triable.

Respectfully Submitted,

TINOVSKY LAW FIRM

Dated: June 1, 2015

By:____________________

Vladislav Tinovsky, Esquire
Attorney ID 031122000
5 Neshaminy Interplex
Suite 205
Trevose, PA 19053
215-568-6860
*Counsel for Plaintiff Live Face on Web, LLC*

# EXHIBIT A

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number:**
TXu 1-610-441

**Effective date of registration:**
December 20, 2007

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

**Year of Completion:** 2007

## Author

- **Author:** Live Face on Web, LLC
  **Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web, LLC

**Date:** December 13, 2007

**Registration #:**   TXU001610441

**Service Request #:**   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

# EXHIBIT B



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
///////////////////////////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////////////////////////
/////////////////// User defined parameters and instructions //////////////////
///////////////////////////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';

/////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////////
//////////////////// Do not change the parameters below ////////////////////////
/////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

```
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}
function runLFOW() {
    try {
        if (lf_PresPlay == 1) {
            lf_createCookie(lf_ID, 'on', -1);
            showLFOW_Video();
        } else if (lf_PresPlay == 2) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on');
                showLFOW_Video();
            }
        } else if (lf_PresPlay == 3) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                showLFOW_Video();
            }
        }
    } catch(e) {
```

```
            showLFOW_Video();
        }
    }
    if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                else if (window.attachEvent) window.attachEvent('onload', runLFOW);
            } catch(e) {
                showLFOW_Video();
            }
        } else {
            showLFOW_Video();
        }
    }
    function showLFOW_Video()
    {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                var lfDiv = document.createElement('div');
                if (lfDiv === undefined) {
                    lf_Position = 'err';
                } else if (lfDiv == null) {
                    lf_Position = 'err';
                } else {
                    lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    if (lf_Position == 1) {
                        lfDiv.style.left = lf_OffSet_Left_Position;
                        lfDiv.style.top = lf_OffSet_Top_Position;
                    } else {
                        lfDiv.style.left = 0;
                        lfDiv.style.top = 0;
                    }
                    lfDiv.style.height = lf_SWF_File_Height;
                    lfDiv.style.width = lf_SWF_File_Width;
                    lfDiv.style.visibility = 'visible';
                }
            } catch(e) {
                lf_Position = 'err';
            }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
            lfDiv.innerHTML = lfString;
            document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
            document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
            document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
    }
    if ((lf_Position !== 1) && lf_Position !== 2) {
        switch (arrNavInfo[0]) {
            case 'ie':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
                window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();
    }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

```
                divScroll = divScroll.style;
        }
}
if (window.innerHeight)
{
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
}
else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
{
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

}
else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
{
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
}
if (window.innerHeight)
{
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
}
else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
{
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
}
else    if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
{
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
}
divLeft = divLeft + lf_divHorPos;
divTop = divTop + lf_divVerPos;
divLeft = divLeft + screenX;
divTop = divTop + screenY;
if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
} else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
} else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
} else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
} else {
        if (lf_Position_Dynamic == 5)
        {
                divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
                divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
        }
        if (( lf_Position_Dynamic % 2 ) == 0)
        {
            divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        }
        if (( lf_Position_Dynamic < 3 ) == false)
        {
            divTop = divTop + (screenHt - lf_SWF_File_Height);
        }
    }
    divScroll.left = divLeft + 'px';
    divScroll.top = divTop + 'px';
}
function compileLFOW()
{
    lfParamString = '?lfID=' + lf_ID
    lfParamString += '&cOMW=' + lf_cOMW
    if (lf_cOMURL == '') {
        lfParamString += '&cOMURL=http://www.livefaceonweb.com'
    } else {
        lfParamString += '&cOMURL=' + escape(lf_cOMURL)
    }
    lfParamString += '&cOMWP=' + lf_cOMWP
    lfParamString += '&tDLB=' + lf_tDLB
    lfParamString += '&tDLA=' + lf_tDLA
    lfParamString += '&fIE=' + lf_fIE
    lfParamString += '&fIET=' + lf_fIET
    lfParamString += '&fIEP=' + lf_fIEP
    lfParamString += '&fOE=' + lf_fOE
    lfParamString += '&fOET=' + lf_fOET
    lfParamString += '&pBBE=' + lf_pBBE
    lfParamString += '&pBBBOF=' + lf_pBBBOF
    lfParamString += '&pBAE=' + lf_pBAE
    lfParamString += '&pBAOF=' + lf_pBAOF
    lfParamString += '&rOTPE=' + lf_rOTPE
    if (lf_rOTPURL == '') {
        lfParamString += '&rOTPURL=none'
    } else {
        lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
    }
    lfParamString += '&sFRAME=' + lf_sFRAME
    if (lf_AffiliateID == '') {
        lfParamString += '&lfAffiliateID=none'
    } else {
        lfParamString += '&lfAffiliateID=' + lf_AffiliateID
    }
    if (document.location.href == '') {
        lfParamString += '&sURL_Site=none'
    } else {
        lfParamString += '&sURL_Site=' + escape(document.location.href);
    }
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
    lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC COPYRIGHT

0 025 139 365 5

# EXHIBIT C

```
<html>

<head>

<script type="text/javascript" src="/static/js/analytics.js"></script>
<script type="text/javascript">archive_analytics.values.server_name="wwwb-app10.us.archive.org";archive_analytics.values.server_ms=108;</script>
<link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>

<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<title>Prudential Damiano Realty in Little Falls New Jersey</title>
<meta name="keywords" content="Prudential Damiano Realty, Little Falls, Woodland Park, Totowa, Montclair, Cedar Grove homes, Fairfield homes, condos, townhouses in north jersey, north jersey condos, northjerseycondos.com, prudentialdamiano.com, warren damiano, raymond damian, houses in new jersey, homes in passaic county, new jersey real estate, realtors in north jersey, condo specialists, townhouses in new jersey, townhomes, 55 plus communities, the mill, the mill in little falls, mill on the river">
<meta name="description" content="Prudential Damiano Realty in Little Falls New Jersey handles all of Passaic, Morris and Essex Counties.">
</head>

<body background="images/main-bg.jpg" leftmargin="100" rightmargin="400">

<!-- BEGIN WAYBACK TOOLBAR INSERT -->
<script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
<script type="text/javascript" src="/static/js/graph-calc.js" ></script>
<script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
<script type="text/javascript">//<![CDATA[
var __wm = (function(){
var wbPrefix = "/web/";
var wbCurrentUrl = "http://www.prudentialdamiano.com/";

var firstYear = 1996;
var imgWidth = 500,imgHeight = 27;
var yearImgWidth = 25,monthImgWidth = 2;
var displayDay = "9";
var displayMonth = "Feb";
var displayYear = "2011";
var prettyMonths = ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
var $D=document,$=function(n){return document.getElementById(n)};
var trackerVal,curYear = -1,curMonth = -1;
var yearTracker,monthTracker;
function showTrackers(val) {
  if (val===trackerVal) return;
  var $ipp=$("wm-ipp");
  var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
  if (val) {
    $ipp.className="hi";
  } else {
    $ipp.className="";
    $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
  }
  yearTracker.style.display=val?"inline":"none";
  monthTracker.style.display=val?"inline":"none";
  trackerVal = val;
}
```

```
function getElementX2(obj) {
  var $e=jQuery(obj);
  return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
    getElementX(obj):Math.round($e.offset().left);
}
function trackMouseMove(event,element) {
  var eventX = getEventX(event);
  var elementX = getElementX2(element);
  var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
  var monthOff = xOff % yearImgWidth;

  var year = Math.floor(xOff / yearImgWidth);
  var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
  // 1 extra border pixel at the left edge of the year:
  var month = (year * 12) + monthOfYear;
  var day = monthOff % 2==1?15:1;
  var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
    zeroPad(day,2) + "000000";

  $("displayYearEl").innerHTML=year+firstYear;
  $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
  // looks too jarring when it changes..
  //$("displayDayEl").innerHTML=zeroPad(day,2);
  var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
  $("wm-graph-anchor").href=url;

  if(curYear != year) {
    var yrOff = year * yearImgWidth;
    yearTracker.style.left = yrOff + "px";
    curYear = year;
  }
  if(curMonth != month) {
    var mtOff = year + (month * monthImgWidth) + 1;
    monthTracker.style.left = mtOff + "px";
    curMonth = month;
  }
}
function hideToolbar() {
  $("wm-ipp").style.display="none";
}
function bootstrap() {
  var $spk=$("wm-ipp-sparkline");
  yearTracker=$D.createElement('div');
  yearTracker.className='yt';
  with(yearTracker.style){
    display='none';width=yearImgWidth+"px";height=imgHeight+"px";
  }
  monthTracker=$D.createElement('div');
  monthTracker.className='mt';
  with(monthTracker.style){
    display='none';width=monthImgWidth+"px";height=imgHeight+"px";
  }
  $spk.appendChild(yearTracker);
  $spk.appendChild(monthTracker);

  var $ipp=$("wm-ipp");
  $ipp&&disclaimElement($ipp);
}
return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
})();//]]>
</script>
```

```
<style type="text/css">
body {
  margin-top:0 !important;
  padding-top:0 !important;
  min-width:800px !important;
}
</style>
<div id="wm-ipp" lang="en" style="display:none;">

<div style="position:fixed;left:0;top:0;width:100%!important">
<div id="wm-ipp-inside">
   <table style="width:100%;"><tbody><tr>
   <td id="wm-logo">
       <a href="/web/" title="Wayback Machine home page"><img
src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
height="39" border="0" /></a>
   </td>
   <td class="c">
       <table style="margin:0 auto;"><tbody><tr>
       <td class="u" colspan="2">
       <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
id="wmtb"><input type="text" name="url" id="wmtbURL"
value="http://www.prudentialdamiano.com/" style="width:400px;"
onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
<input type="hidden" name="date" value="20110209065620" /><input type="submit" value="Go"
/><span id="wm_tb_options" style="display:block;"></span></form>
       </td>
       <td class="n" rowspan="2">
           <table><tbody>
           <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
           <tr class="m">
                <td class="b" nowrap="nowrap">

                    <a href="/web/20100129161305/http://prudentialdamiano.com/" title="29
Jan 2010">JAN</a>

                </td>
                <td class="c" id="displayMonthEl" title="You are here: 6:56:20 Feb 9,
2011">FEB</td>
                <td class="f" nowrap="nowrap">

                    <a href="/web/20110613085329/http://www.prudentialdamiano.com/"
title="13 Jun 2011"><strong>JUN</strong></a>

                </td>
            </tr>
           <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
           <tr class="d">
               <td class="b" nowrap="nowrap">

                   <a href="/web/20100129161305/http://prudentialdamiano.com/"
title="16:13:05 Jan 29, 2010"><img src="/static/images/toolbar/wm_tb_prv_on.png"
alt="Previous capture" width="14" height="16" border="0" /></a>

               </td>
               <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
title="You are here: 6:56:20 Feb 9, 2011">9</td>
               <td class="f" nowrap="nowrap">

                   <a href="/web/20110613085329/http://www.prudentialdamiano.com/"
```

```
title="8:53:29 Jun 13, 2011"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture" width="14" height="16" border="0" /></a>

            </td>
        </tr>
        <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
        <tr class="y">
            <td class="b" nowrap="nowrap">

                <a href="/web/20100129161305/http://prudentialdamiano.com/" title="29 Jan 2010"><strong>2010</strong></a>

            </td>
            <td class="c" id="displayYearEl" title="You are here: 6:56:20 Feb 9, 2011">2011</td>
            <td class="f" nowrap="nowrap">

                <a href="/web/20120225074840/http://www.prudentialdamiano.com/" title="25 Feb 2012"><strong>2012</strong></a>

            </td>
        </tr>
        </tbody></table>
    </td>
    </tr>
    <tr>
    <td class="s">
        <a class="t" href="/web/20110209065620*/http://www.prudentialdamiano.com/" title="See a list of every capture for this URL">163 captures</a>
        <div class="r" title="Timespan for captures of this URL">12 Oct 99 - 18 Dec 14</div>
    </td>
    <td class="k">
    <a href="" id="wm-graph-anchor">
    <div id="wm-ipp-sparkline" title="Explore captures for this URL">
      <img id="sparklineImgId" alt="sparklines"
              onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
              onmousemove="__wm.mv(event,this)"
              width="500"
              height="27"
              border="0"
              src="/web/jsp/graph.jsp?graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000000000110_2000:-1:011001011201_2001:-1:111400101000_2002:-1:001001211040_2003:-1:042213312130_2004:-1:111133102021_2005:-1:132000010047_2006:-1:f50403100220_2007:-1:020013000101_2008:-1:222112000002_2009:-1:222200000000_2010:-1:100000000000_2011:1:010001201111_2012:-1:011000000000_2013:-1:000001000100_2014:-1:100000000001_2015:-1:000000000000" />
    </div>
    </a>
    </td>
    </tr></tbody></table>
  </td>
  <td class="r">
    <a href="#close" onclick="__wm.h();return false;" style="background-image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the toolbar">Close</a>
    <a href="http://faq.web.archive.org/" style="background-image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using the Wayback Machine">Help</a>
  </td>

```

```
   </tr></tbody></table>
</div>
</div>
</div>
<script type="text/javascript">__wm.bt();</script>
<!-- END WAYBACK TOOLBAR INSERT -->

<table border="1" width="100%" bgcolor="#000000">
        <tr>
                <td bordercolor="#000000">
                <p align="center"><font color="#CCCCCC" size="7" face="High Tower Text">
                Prudential Damiano Realty</font></p>
                <p align="center">
                <img border="0" src="images/image9.jpg" width="687" height="175"><p
align="center"><font face="Arial" color="#FFFFFF">
                  <a href="ourcompany.htm" style="text-decoration: none">
                <font color="#FFFFFF">About us</font></a> | <a href="searchhomes.htm"
style="text-decoration: none"><font color="#FFFFFF">Properties</font></a>
                | <a href="mls.htm" style="text-decoration: none"><font
color="#FFFFFF">Search the MLS </font></a>|
<a href="condointro.htm" style="text-decoration: none"><font color="#FFFFFF">North Jersey
Condos</font></a> |
                <a href="agents.htm" style="text-decoration: none"><font
color="#FFFFFF">Our Team</font></a> |
                <a href="buysell.htm" style="text-decoration: none"><font
color="#FFFFFF">Sellers</font></a>
                | <a href="career.htm" style="text-decoration: none"><font
color="#FFFFFF">Careers </font></a>|
                <a href="contactform.htm" style="text-decoration: none"><font
color="#FFFFFF">Contact</font></a></font></p>
                <p align="center">
                                <img border="0" src="images/glowingball.gif" width="14"
height="14"><font size="2" face="Arial" color="#FFFFFF">
                                <a href="rebate.htm"><font color="#FFFFFF">New! Buy thru us
&amp; get up to
                                $1,000 back</font></a></font></p>
                <hr>
                <p align="left">
                <a href="Homes%20Guide%20December%202010.pdf">
                <img border="0" src="images/December%2010%20cover.jpg" width="144"
height="187" align="left"></a><span style="font-family: Arial"><b> <font
color="#FFFFFF"><a href="Homes%20Guide%20December%202010.pdf"><font
color="#FFFFFF">Download
                our latest December North Jersey Style Magazine here</font></a></font></b>
</span></p>
                <p align="left"><font face="Arial" size="2"
color="#FFFFFF">      The real estate market is
                comprised of buyers, sellers and agents. And, for the most part, has
                always worked in exactly that way. A buyer or seller contacts an agent
                who operates as a functionary piece of the real estate puzzle. The
                customer service may be good or bad, but most clients will accept this
                as a part of the business. Prudential Damiano Realty is changing all this.
<br>
                <br>
                <br>
                Real estate shouldn't be a list of perfunctory duties performed by
                disinterested parties; it should be a customer service experience unlike
                any other. After all, real estate is more about dreams and lifestyles,
                not just houses and properties. <br>
```

```
                <br>
                Prudential Damiano Realty represents the evolution of real estate-the real estate
                consultant. The real estate consultant is the catalyst for quick sales
                and high profit, the professional who seamlessly blends the skills of
                investors, financial analysts and market experts in order to offer his
                clients premier service from beginning to end. The consultant educates
                and guides his clients through the real estate process, and is most
                concerned with their experience, placing their needs above everything
                else. <br>
                <br>
                <br>
                <br>
                If you are interested in a break from the norm, a shift from the
                traditional, then it is time to embrace real estate as it ought to be-an
                experience in integrity, service, and commitment. Prudential Damiano
                Realty is
                ready and waiting to serve you.</font><font color="#FFFFFF" size="2"><br>
 <script src="/web/20110209065620js_/http://prudentialdamiano.com/prudentialdamiano-jenny.js"></script></font></p>
                <p align="center">
                <img border="0" src="images/whybuywithus.jpg" width="772" height="168"></p>
</td>
        </tr>
</table>

</body>

</html>

<!--
     FILE ARCHIVED ON 6:56:20 Feb 9, 2011 AND RETRIEVED FROM THE
     INTERNET ARCHIVE ON 22:29:02 Apr 30, 2015.
     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
     SECTION 108(a)(3)).
-->
```

# EXHIBIT D

```
/*
      FILE ARCHIVED ON 11:34:03 Feb 9, 2011 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 22:22:03 Apr 30, 2015.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
/*
      Switch Mode:
      1: Sequential
      2: Random
*/
var switchMode = 1;

/* Date Range:
      If set to false, the optional date range parameter is ignored
      If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;

/*
      Properties are specified as follows:
      'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date (not required),end_date (not
required)'
      play_when: 1=any, 2=first visit only, 3=subsequent visits

      date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}
*/
var arr_GLOBAL_SOURCE = new Array
(
      '/web/20110209113403/http://prudentialdamiano.com/prudential-
damiano.swf,480,360,3,3,0,0,true,1,{10/1/2009 11:15},{10/31/2010 23:00}'


);
/* End Properties */


// The URL to this include came be status, somethiing like
"/web/20110209113403/http://yakkingheads.com/playerbase.js" //
document.write('<script type="text/javascript"
src="/web/20110209113403/http://yakkingheads.com/mon/playerbase.js"></script>');
```

# EXHIBIT E

```
/*
    FILE ARCHIVED ON 20:03:34 Jan 4, 2010 AND RETRIEVED FROM THE
    INTERNET ARCHIVE ON 22:22:03 Apr 30, 2015.
    JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

    ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
    SECTION 108(a)(3)).
*/




/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true)
```

```
                }
        if ( e ) {
                var v_e = validDate(e,false)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

        if (!dt)
                return false;

        var today = new Date();

        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
                hh = arr_dt[0].split(':')[0];
                mm = arr_dt[0].split(':')[1];
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }

        var days = 0;
        var difference = 0;


        var v_dt = new Date(y, m, d, hh, mm ,0);
        //alert(v_dt.toString());
        difference = v_dt - today;

        days = Math.round(difference/(1000*60*60*24));

        //alert(dt + ' - ' + difference);
        //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
        //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

        if (difference < 0 && s) {
                return true;
```

```
                }
        else if(difference > 0 && !s) {
                return true;
        }

        return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10]) ) {
                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
        }

        // if no dates are valid... just pick up the swfs with no date
        if (arr_GLOBAL.length == 0) {
                for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                        if ( !arr_prop[9] && !arr_prop[10] ) {
                                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                        }
                }
        }
}

// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL_SOURCE = arr_GLOBAL;
        arr_GLOBAL = new Array();
}

// now filter by visit
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
        else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
}

// if no movies quality, then ignore previous filter
/*
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL = arr_GLOBAL_SOURCE;
}
*/

if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
                swfIndex = Math.round(cookieVal) + 1;
                if (swfIndex >= arr_GLOBAL.length) {
```

```
                        swfIndex = 0;
                }
        }
        else {
                swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
}

//alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' +
arr_GLOBAL + '\nswfIndex: ' + swfIndex);

setCookie(cookieName, swfIndex, 7);

var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');

var lf_URL = arr_SwfInfo[0];
var GLOBAL_WIDTH = arr_SwfInfo[1];
var GLOBAL_HEIGHT = arr_SwfInfo[2];
var lf_Position = arr_SwfInfo[3];
var lf_Position_Dynamic = arr_SwfInfo[4];
var lf_OffSet_Top_Position = arr_SwfInfo[5];
var lf_OffSet_Left_Position = arr_SwfInfo[6];
var rt_Align = arr_SwfInfo[7];
var lf_ID = '01010';
var lfVersion = -1;
var arrNavInfo = [];
var lfString;

var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
```

```
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}

function initVideo() {
      showLFOW_Video();
}

    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {

            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {

                                    if(navigator.appName == "Microsoft Internet Explorer") {
                                            lfDiv.id = divID;
                                            lfDiv.style.position = 'absolute';
                                            lfDiv.style.zIndex = 9999;
                                            lfDiv.style.left = 0;
                                            lfDiv.style.top = 0;
                                            lfDiv.style.height = GLOBAL_HEIGHT;
                                            lfDiv.style.width = GLOBAL_WIDTH;
                                            lfDiv.style.visibility = 'visible';
                                    }
```

```
                                else {
                                        lfDiv.id = divID;
                                        lfDiv.style.position = 'fixed';
                                        lfDiv.style.zIndex = 9999;
                                        lfDiv.style.left = 0;
                                        lfDiv.style.bottom = 0;
                                        lfDiv.style.height = GLOBAL_HEIGHT;
                                        lfDiv.style.width = GLOBAL_WIDTH;
                                        lfDiv.style.visibility = 'visible';
                                }
                }
        } catch(e) {
                lf_Position = 'err';
        }
}
makeScript()
if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
        lfDiv.innerHTML = lfString;
        document.body.appendChild(lfDiv);
}
        else if (lf_Position !== 2) {

                if(navigator.appName == "Microsoft Internet Explorer")
                {
                        document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                }
                else
                {
                        document.write( '<div id="' + divID +'" style="bottom:0px left:0px; z-
index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString
+'</div>' );
                }

        }
        else {

                if(navigator.appName == "Microsoft Internet Explorer")
                {
                        document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position +
'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                }
                else
                {
                        document.write( '<div id="' + divID +'" style="bottom:0px z-index:
999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px; height: '+
GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                }

        }


                //if(navigator.appName == "Microsoft Internet Explorer")
                //{
                        switch (arrNavInfo[0]) {
                                case 'ie':
                                        window.onscroll = ScrollHnd;
                                        window.onresize = ScrollHnd;
                                        window.setInterval('ScrollHnd()', 30);
```

```
                                        break;
                                        case 'gek':
                                                if (window.onscroll === undefined) {
                                                        window.setInterval('ScrollHnd()', 30);
                                                } else {
                                                        window.onscroll = ScrollHnd;

                                                }
                                                window.onresize = moveVid;
                                        break;
                                        case 'opr':
                                                window.onscroll = ScrollHnd;
                                                window.onresize = ScrollHnd;
                                        break;
                                        case 'kde':
                                                window.onscroll = ScrollHnd;
                                                window.onresize = ScrollHnd;
                                        break;
                                        case 'wtv':
                                                if (window.onscroll === undefined) {
                                                        window.setInterval('ScrollHnd()', 30);
                                                } else {
                                                        window.onscroll = ScrollHnd;
                                                        window.onresize = ScrollHnd;
                                                }
                                        break;
                                }

                        //}

        ScrollHnd();
}
function ScrollHnd()
{
        var divScroll;
        var wnd;
        var screenWd = 0;
        var screenHt = 0;
        var screenX = 0;
        var screenY = 0;
        var objDoc;
        var divLeft = 0;
        var divTop = 0;

        objDoc = document;
        wnd = window;

        if (objDoc.getElementById) {
                divScroll = objDoc.getElementById(divID);
                if (divScroll.style) {
                        divScroll = divScroll.style;
                }
        }
        if (window.innerHeight)
        {
                screenHt = wnd.innerHeight;
                screenWd = wnd.innerWidth;
        }
        else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
        {
```

```
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {

            screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;

    }
    else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
    {

            screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;

    }
    divLeft = divLeft;
            if (rt_Align == 'true') /*** added 9/22/09 ***/
                    divLeft += screenX;
    divTop = divTop + screenY;
    divLeft = divLeft;
            if (rt_Align == 'true') /*** added 9/22/09 ***/
                    divLeft += (screenWd - GLOBAL_WIDTH);
    divTop = divTop + (screenHt - GLOBAL_HEIGHT);
    divScroll.left = divLeft + 'px';
        if(navigator.appName == "Microsoft Internet Explorer")
        {
            divScroll.top = divTop + 'px';
        }
}
function makeScript()
{
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
codebase='/web/20100104200334/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
    lfString += "<param name='movie' value='" + lf_URL + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='allowScriptAccess' value='always' />";

    lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent' width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" +
lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='/web/20100104200334/https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}
```

Case 1:15-cv-03653-JEI-AMD Document 1 Filed 06/01/15 Page 46 of 47 PageID: 46

```
function hide() {
	//safe function to hide an element with a specified id
	if (document.getElementById) { // DOM3 = IE5, NS6
		document.getElementById(divID).style.display = 'none';
	}
	else {
		if (document.layers) { // Netscape 4
			document.divID.display = 'none';
		}
		else { // IE 4
			document.all.divID.style.display = 'none';
		}
	}
}
function moveVid() {
	document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
	document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
}
```

**VERIFICATION**

The undersigned hereby states that: (a) he/she is authorized to make this verification on behalf of Plaintiff Live Face on Web, LLC; (b) the statements made in the foregoing Complaint are true and correct to the best of the undersigned's knowledge, information, and belief; and (c) he/she understands that the statements made in this verification are subject to the penalties relating to unsworn falsification to authorities.

Dated: ____June 1_____, 2015

Eduard Shcherbakov, CEO
Live Face On Web, LLC